**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| OSCAR RENTERIA VEGA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-1655-PRW |
| | ) | |
| MARKWAYNE MULLIN, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

On July 2, 2026, Petitioner filed his Petition for Writ of Habeas Corpus (Dkt. 1). On October 5, 2026, the Court granted the Petition in part and ordered a bond hearing or Petitioner's release if he did not receive a bond hearing within seven days of the Order (Dkt. 7). On October 13, 2026, Respondents informed the Court that Petitioner received a bond hearing on July 27, 2026, and is no longer detained.

Accordingly, the Court **DISMISSES** the Petition (Dkt. 1) as moot.

**IT IS SO ORDERED** this 14th day of October 2026.

PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE